1 | RICHARD ZIEMAN (CSB 230832)
2 | 254 MILLER AVE., SUITE A
    MILL VALLEY, CA 94941
    Telephone: (415) 388-3800
3 | Facsimile: (415) 388-1060
    Email: Zieman@ssalawca.com
4 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERY K. BREUER<br>    Plaintiff,<br><br> vs.<br><br>NANCY BERRYHILL,<br><br>Acting Commissioner for Social Security<br><br>    Defendant | Case No.: 3:18-CV-00392 RS<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 14 days in which to file Plaintiff's Motion for Summary Judgment and supporting memorandum pursuant to Civil L.R. 16-1(e). The motion with supporting memorandum were due on Thursday, May 31, 2018. It is now due on Thursday, June 14, 2018.

//

//

//

//

//

DATED:   May 29, 2018                     Richard Zieman /es/

                                          RICHARD ZIEMAN
                                          Attorney for Plaintiff


DATED:   May 29, 2018                     Francesco Pauli Benavides /es/

                                          FRANCESCO PAULO BENAVIDES,
                                          Specialist Assistant U.S. Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: 5/31/18                            _____

                                          RICHARD SEEBORG
                                          United States District Judge