RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BEVERLY K. BREUER,
    Plaintiff,

vs.

NANCY BERRYHILL,
Commissioner of Social Security
    Defendant

Case No.: 3:18-cv-00392 RS

~~PROPOSED~~ ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED AND 00/100 ($5,500.00).

DATED: 4/17/19

RICHARD SEEBORG,
United States District Court Judge